IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERTO G. RAMIREZ,

      Plaintiff,                       No. CIV S-05-1706 LKK DAD P

    vs.

D. COLLINS, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: September 28, 2005.

                                                   /s/ Dale A. Drozd
                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

DAD/bb
rami1706.59